WASHINGTON ENERGY LAW LLP

**Debra D. Roby**
900 17th Street, N.W., Suite 500-A
Washington, D.C. 20006
Tel: 703.785.9270
Email: droby@washingtonenergylaw.com

Admitted in Washington D.C.

March 30, 2023

Mark J. Langer
Clerk's Office
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001-2866

Re: *City of Lincoln v. FERC*, Case No. 22-1205

Dear Mr. Langer:

Pursuant to the Clerk's March 23, 2023 letter regarding acronyms that are uncommon or not widely known, Petitioner has filed a corrected brief from which such acronyms have been removed. Petitioner also made minor typographical corrections but made no substantive changes to the corrected brief. The corrected brief includes an updated glossary to reflect the removal of any uncommon acronyms, and an updated table of contents and table of authorities to reflect the correct pagination considering the removed acronyms.

Respectfully submitted,

*/s/ Debra D. Roby*
Debra D. Roby
Alan I. Robbins
Thomas B. Steiger III
Washington Energy Law LLP
900 17th Street NW, Suite 500-A
Washington, DC 20006

*Attorneys for Lincoln Electric System*